UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
SEC,

           **Plaintiff,**

    -v-                                    NOTICE OF APPEARANCE

PETER COKER SR.,                     Docket No. 22-cv-05703-CPO-SAK

           **Defendant.**
-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that MARC AGNIFILO, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, New York 10001, is appearing for the Defendant PETER COKER SR. in the above-captioned matter.

 

*[signature]*

Marc Agnifilo, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, New York 10001
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: marc@braflaw.com

Dated:  New York, NY
        October 4, 2022