UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
SEC,

                **Plaintiff,**

        -v-                                     NOTICE OF APPEARANCE

PETER COKER SR.,                      Docket No. 22-cv-05703-CPO-SAK

                **Defendant.**

---------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that JACOB KAPLAN, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, New York 10001, is appearing for the Defendant PETER COKER SR. in the above-captioned matter.

                                                                Jacob Kaplan, Esq.
                                                                Brafman & Associates, P.C.
                                                                256 Fifth Avenue, 2nd Floor
                                                                New York, New York 10001
                                                               Phone: (212) 750-7800
                                                                Fax: (212) 750-3906
                                                                E-mail: jkaplan@braflaw.com

Dated:  New York, NY
          October 5, 2022