UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
SEC,

          **Plaintiff,**

      -v-                                  NOTICE OF APPEARANCE

PETER COKER SR.,               Docket No. 22-cv-05703-CPO-SAK

          **Defendant.**
-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that ZACH INTRATER, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, New York 10001, is appearing for the Defendant PETER COKER SR. in the above-captioned matter.

                                                          Zach Intrater, Esq.
                                                          Brafman & Associates, P.C.
                                                          256 Fifth Avenue, 2nd Floor
                                                          New York, New York 10001
                                                          Phone: (212) 750-7800
                                                          Fax: (212) 750-3906
                                                          E-mail: zintrater@braflaw.com

Dated:  New York, NY
         October 4, 2022