**MINTZ & GOLD LLP**
Barry M. Kazan, Esq.
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
(212) 696-1231
sorkin@mintzandgold.com
*Counsel for James Patten*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> Plaintiff, <br><br> - against – <br><br> **JAMES T. PATTEN, PETER L. COKER, SR., AND PETER L. COKER, JR.,** <br><br> Defendants. | Civil Action No. 22-CV-5703 <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* **OF IRA LEE SORKIN, ESQ., AND ADAM K. BRODY, ESQ.** |

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant James T. Patten ("Defendant") shall move this Court for an Order admitting Ira Lee Sorkin, Esq., and Adam K. Brody Esq., *pro hac vice* in this matter on November 8, 2022.

PLEASE TAKE FURTHER NOTICE that the moving party shall rely upon the attached Certification of Barry M. Kazan, Esq. and Certifications of Ira Lee Sorkin, Esq., and Adam K. Brody., Esq.  A proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Plaintiff waives oral argument if there is no objection.

2

Dated: November 8, 2022

s/Barry M. Kazan
Barry M. Kazan
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, New York 10016
Phone: (212) 696-4848

*Counsel for Defendant*
*James T. Patten*

2

## CERTIFICATE OF SERVICE

I certify that on this date I caused the Motion for *Pro Hac Vice* Admission of Ira Lee

Sorkin, Esq., and Adam K. Brody, Esq., Certification of Barry M. Kazan in support of Motion

for *Pro Hac Vice* Admission, Certification of Ira Lee Sorkin, Esq., in support of Motion for *Pro*

*Hac Vice* Admission, Certification of Adam K. Brody, Esq., in support of Motion for *Pro Hac*

*Vice* Admission, and Proposed Order Admitting Attorney *Pro Hac Vice*  to be filed with the

Clerk of Court for the United States District Court for the District of New Jersey by using the

CM/ECF system and understand that electronic notice of the filing will automatically be sent all

counsel of record and by first class mail upon the following:

U.S. SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
John V. Donnelly III
Gregory R. Bockin
Assunta Vivolo
Cecilia Connor
1617 JFK Boulevard, Suite 520
*Attorneys for Plaintiff*

Marc Agnifolo
Zach Intrater
Jacob Kaplan
Brafman & Associates, P.C.
767 Third Avenue
New York, NY 10017
*Attorneys for Co-defendant Peter L. Coker Sr.*

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

s/ Barry M. Kazan
Barry M. Kazan

Dated: November 8, 2022

2