IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES T. PATTEN, PETER L. COKER, SR., AND PETER L. COKER, JR.,<br><br>　　　　　　　　Defendants. | Civil Action No. 22-cv-05703-CPO |

### STIPULATED ORDER EXTENDING DEFENDANT JAMES T. PATTEN'S TIME TO RESPOND TO THE AMENDED COMPLAINT

**WHEREAS**, this matter was initiated by Plaintiff United States Securities and Exchange Commission ("SEC" or "Commission") by Complaint on September 26, 2022 (Dkt. 1); and

**WHEREAS**, the SEC filed an Amended Complaint on October 6, 2022 (Dkt. 6); and

**WHEREAS**, Defendant James T. Patten ("Patten") acknowledges having been served with the Complaint, Amended Complaint, and Summons in this matter pursuant to Rule 4 of the Federal Rules of Civil Procedure, via his counsel, who accepted service via email; and

**WHEREAS**, the SEC consents to Patten receiving additional time to respond to the Amended Complaint; and

**NOW THEREFORE**, Plaintiff SEC and Defendant Patten stipulate and agree, and the Court hereby **ORDERS** as follows:

1.　Defendant Patten has been properly served with the Complaint, Amended Complaint, and Summons in this matter; and

1

2. Defendant Patten shall answer or otherwise respond to the Amended Complaint on or before December 15, 2022.

BY THE COURT:

Dated: Dec. 1, 2022

*Sharon A. King*
Honorable SHARON A. KING, U.S.M.J.

The undersigned consents to
the form and entry of this Order

Dated: November 30, 2022    By:    s/ John V. Donnelly III
John V. Donnelly III, Esq.
**Securities and Exchange Commission**
1617 JFK Boulevard
Suite 520
Philadelphia, PA 19103
(215) 597-3100
donnellyj@sec.gov
*Counsel to Plaintiff SEC*

Dated: November 30, 2022    By:    s/ Barry M. Kazan
Ira L. Sorkin, Esq.
Barry M. Kazan, Esq.
Adam K. Brody, Esq.
**Mintz & Gold LLP**
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
kazan@mintzandgold.com
*Counsel to Defendant Patten*
(signed with consent)

2