**MINTZ & GOLD LLP**
Barry M. Kazan, Esq.
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
(212) 696-1231
sorkin@mintzandgold.com
*Counsel for James Patten*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against –<br><br>JAMES T. PATTEN, PETER L. COKER, SR., AND PETER L. COKER, JR.,<br><br>Defendants. | Civil Action No. 22-CV-5703 |

## AMENDED CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

IRA LEE SORKIN, being of full age and duly sworn according to law, certifies as follows:

1. I am a partner at the law firm of Mintz & Gold LLP

2. I submit this certification on behalf of Defendant James T. Patten for my admission *pro hac vice* to participate in the above-caption matter.

4. I practice in New York, where I was admitted to practice on April 13, 1970 and I have remained fully qualified and in good standing to practice before all courts of the state since that date.

5. In accordance with L. Civ. R. 101(c)(1), I have included the date of my admission and contact information for each of the bars to which I am admitted:

| | |
|---|---|
| United States Supreme Court<br>1 First Street NE<br>Washington, DC 20543<br>Telephone: (202) 479-3000 | Admitted: 1980 |
| United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY, 10007<br>Telephone: (212) 805-0136 | Admitted: December 2, 1971 |
| United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br>Telephone: (718) 613-2600 | Admitted: December 14, 1982 |
| United States Court of Appeals for the Second Circuit<br>40 Foley Square, New York, NY 10007<br>Telephone: (212) 857-8500 | Originally Admitted: 1973, Membership lapsed due to accidental non-payment of renewal fee,<br>Re-Admitted: October 7, 2022 |
| Bar of the State of New York<br>1 Elk Street<br>Albany, NY 12207<br>Telephone: (518) 452-5729 | Admitted: April 13, 1970 |

6. My fitness to practice law has not been challenged, and no charges or complaints alleging improper professional conduct have ever been filed against me. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been disbarred or suspended in any jurisdiction.

7. I have not been denied admission to any state or federal court.

8. I am associated with Barry M. Kazan, Esq. of Mintz & Gold LLP located at 600 Third Avenue, 25th Floor, New York, NY, attorneys of record in the above-captioned matter, for purposes of this case.

9. I am familiar with the facts and circumstances surrounding the above-captioned matter.

10. I am familiar with and agree to comply with the standards of professional conduct imposed upon members of the New Jersey Bar, including the Rules of Court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

11. My application for *pro hac vice* admission is made under Rule 101.1(c)(1).

12. I agree to be subjected to the jurisdiction of the United States District Court for the District of New Jersey with respect to any acts occurring during the course of my participation in this matter.

13. I respectfully request that I be admitted *pro hac vice* to appear and participate in this matter as an attorney for Defendant James T. Patten.

14. I will make the necessary payment to the New Jersey Lawyers' Fund for Client Protection and shall pay the $150.00 fee required by Local Civil Rule 101.1(c)(3) upon my admission *pro hac vice*.

15. I am not now and I never have been a member of the Bar of the State of New Jersey. Because I am not and I never have been a member of the New Jersey Bar, I am ineligible for admission to the bar of the Court under Rule 101.1(b) of the Local Civil Rules.

16. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: December 15, 2022

_____
Ira Lee Sorkin