IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X
**SECURITIES AND EXCHANGE COMMISSION,**       :
                                              :
                         **Plaintiff,**             :        Case No.: 22-cv-05703-CPO
                                              :
     -against-                             :
                                              :
**JAMES T. PATTEN, PETER L. COKER, SR., AND** :
**PETER L. COKER, JR.,**                      :
                                              :
                         **Defendants.**           :
---------------------------------------------------------------------X

**STIPULATED ORDER EXTENDING DEFENDANTS'**
**TIME TO RESPOND TO THE AMENDED COMPLAINT**

     **WHEREAS,** this matter was initiated by Plaintiff United States Securities and Exchange Commission ("SEC" or Commission") by Complaint on September 26, 2022 (ECF Doc. No. 1); and

     **WHEREAS,** the SEC filed an Amended Complaint on October 6, 2022 (ECF Doc. No. 6); and

     **WHEREAS,** Defendants James T. Patten and Peter L. Coker, Sr. ("Defendants") acknowledge having been served with the Complaint, Amended Complaint, and Summons in this matter pursuant to Rule 4 of the Federal Rules of Civil Procedure, via their respective counsel, who accepted service via email; and

     **WHEREAS,** on December 1, 2022, the Court extended Defendants' time to answer or otherwise respond to the Amended Complaint to December 15, 2022; and

     **WHEREAS,** on December 7, 2022, the United States, by the United States Attorney for the District of New Jersey, moved for an Order granting the United States leave to intervene in this matter and staying this matter until the conclusion of the criminal proceedings in *United*

*States v. Patten, Coker, Sr., and Coker, Jr.*, Crim. No. 22-643 (CPO) ("Motion to Intervene and Stay"); and

**WHEREAS,** Defendants have consented to the entry of a stay in this matter; and

**WHEREAS,** the Court set the motion date for the Motion to Intervene and Stay for January 3, 2023; and

**WHEREAS,** the SEC consents to Defendants receiving additional time to respond to the Amended Complaint, particularly in light of the pendency of the Motion to Intervene and Stay; and

**NOW THEREFORE,** Plaintiff SEC and Defendants stipulate and agree, and the Court hereby **ORDERS** as follows:

1. Defendants shall answer or otherwise respond to the Amended Complaint on or before January 17, 2023.

BY THE COURT:

Dated: _____, 2022

_____
Honorable SHARON A. KING, U.S.M.J.

The undersigned consents to
the form and entry of this Order

Dated: December 15, 2022  By:  /s/ *John V. Donnelly III*
John V. Donnelly III, Esq.
**Securities and Exchange Commission**
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100
donnellyj@sec.gov
*Counsel to Plaintiff SEC*
(signed with consent)

|  |  |  |
|---|---|---|
| Dated: December 15, 2022 | By: | /s/ *Barry M. Kazan* |
|  |  | Ira Lee Sorkin, Esq. |
|  |  | Barry M. Kazan, Esq. |
|  |  | Adam K. Brody, Esq. |
|  |  | Mintz & Gold LLP |
|  |  | 600 Third Avenue, 25th Floor |
|  |  | New York, NY 10016 |
|  |  | (212) 696-4848 |
|  |  | kazan@mintzandgold.com |
|  |  | *Counsel to Defendant Patten* |
| Dated: December 15, 2022 | By: | /s/ *Zach Intrater* |
|  |  | Marc Agnifilo, Esq. |
|  |  | Zach Intrater, Esq. |
|  |  | Jacob Kaplan, Esq. |
|  |  | Brafman & Associates, P.C. |
|  |  | 256 Fifth Avenue, 2nd Floor |
|  |  | New York, NY 10001 |
|  |  | (212) 750-7800 |
|  |  | zintrater@braflaw.com |
|  |  | *Counsel to Defendant Coker, Sr.* |
|  |  | (signed with consent) |