UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>JAMES T. PATTEN, *et al.*,<br><br>Defendants. | Civil Action<br>No. 22-05703 (CPO)<br><br>**ORDER** |

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court on a MOTION to Intervene *and Stay Litigation*, (ECF No. 12), submitted by the United States Attorney's Office. The Court did not hear oral argument pursuant to Local Rule 78.1; and

**WHEREAS**, the United States Attorney's Office is seeking leave to intervene and requesting that this matter be stayed until the pending criminal case involving the three Defendants, 1:22-cr-00643-CPO USA v. PATTEN, is completed; and

**WHEREAS**, no opposition has been filed and it appears that the Securities and Exchange Commission and Defendants James Patten and Peter Coker, Sr. do not oppose the Motion; therefore

**IT IS** on this __21st__ day of __December__, 2022,

**ORDERED** that MOTION to Intervene *and Stay Litigation*, (ECF No. 12), is **GRANTED**, the United States is granted leave to intervene limited to requesting a stay of this matter, and this matter is stayed until the completion of the pending criminal matter, 1:22-cr-00643-CPO USA v.

PATTEN, or further order of this Court.

                                                                   **Christine P. O'Hearn**
                                                                   **United States District Judge**