UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

August 31, 2026

**Via ECF**

The Honorable Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

**Re:** ***Securities and Exchange Commission v. Patten, et al.***
**Civil Action No.: 22-cv-05703-CPO (D.N.J.)**

Dear Judge O'Hearn:

Pursuant to the Court's text Order dated August 17, 2026 directing the parties to advise the Court by letter of their respective positions as to whether the stay of this civil action should be lifted, we write on behalf of Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), Defendant James Patten, and Defendant Peter Coker Sr. to request that the Court continue the stay for the time being and that the parties provide a status report to the Court on or before October 31, 2026.

After conferring with counsel for Defendants Patten and Coker, Sr., the parties believe that settlement might be possible and, if consummated, would resolve the need for additional proceedings with respect to those defendants. The additional 60 days will enable the parties to discuss terms and prepare the necessary documentation. We note that while the SEC staff has authorization to negotiate potential settlements, it does not have authority to bind the Commission. Accordingly, the SEC staff would need to make a recommendation to the SEC's Commissioners regarding any potential settlement, a process which would require additional time.

Separately, the SEC does not presently know the location of, or possess contact information for, Defendant Peter Coker, Jr. As such, the SEC cannot represent his position on the Court's text Order. The 60 days will provide time to attempt to obtain contact information for him and determine whether he is also amenable to settlement discussions. In the event,

Defendant Coker, Jr. cannot be reached, the SEC would anticipate seeking a default judgment against him. A proposed Order is filed herewith for the Court's consideration.

Sincerely,

s/ John V. Donnelly III

John V. Donnelly III
Senior Trial Attorney
Phone: 215-861-9670
Email: DonnellyJ@sec.gov

cc: Marc Agnifilo, Esq. (counsel for Defendant Peter Coker Sr.)
Zachary Intrater, Esq. (counsel for Defendant Peter Coker Sr.)
Adam Brody, Esq. (counsel for Defendant James Patten)