**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JAMES T. PATTEN, PETER L. COKER, SR., AND PETER L. COKER, JR.,**<br><br>**Defendants.** | Civil Action No. 22-cv-05703-CPO |

**ORDER**

**AND NOW**, this 31st day of August, 2026, upon consideration of Plaintiff Securities and Exchange Commission's letter on behalf of itself and Defendants James T. Patten and Peter L. Coker, Sr., but not Peter L. Coker, Jr., whose current location and contact information is unknown, it is hereby **ORDERED** that:

1. The stay of this civil action, entered on December 21, 2022 (ECF No. 18) shall remain in effect until further order of the Court;
2. On or before **October 31, 2026**, the parties shall advise the Court by letter filed via ECF of: the status of their settlement negotiations; whether they have been able to contact Defendant Peter Coker Jr. and, if so, the status of negotiations with him; and whether the stay should be lifted as to some or all of the parties.

**BY THE COURT**:

Christine P. O'Hearn

**HON. CHRISTINE P. O'HEARN, U.S.D.J.**