**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JAMES T. PATTEN, PETER L. COKER, SR., AND PETER L. COKER, JR.,**<br><br>**Defendants.** | Civil Action No. 22-cv-05703-CPO |

**ORDER**

**AND NOW**, this 29th day of October, 2026, upon consideration of Plaintiff Securities and Exchange Commission's letter on behalf of itself and Defendants James T. Patten and Peter L. Coker, Sr., but not Peter L. Coker, Jr., whose current location and contact information is unknown, it is hereby **ORDERED** that:

1. The stay of this civil action, entered on December 21, 2022 (ECF No. 18) shall remain in effect as to Defendants Patten and Coker, Sr. until further order of the Court;
2. On or before **November 13, 2026**, Plaintiff Securities and Exchange Commission, Defendant Patten, and Defendant Coker, Sr. shall advise the Court by letter filed via ECF the status of settlement negotiations and whether the stay should be lifted as to Defendant Patten and/or Defendant Coker, Sr.; and
3. The stay is hereby lifted as to Defendant Coker, Jr. It is hereby **FURTHER ORDERED** that Defendant Coker, Jr., who was previously served with process on

March 24, 2023 (ECF No. 19), shall respond to the Amended Complaint (ECF No. 6) within 45 days of entry of this Order.

**BY THE COURT**:

Christine P. O'Hearn

**HON. CHRISTINE P. O'HEARN, U.S.D.J.**