**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>**Plaintiff,**<br>v.<br>**JAMES T. PATTEN, PETER L. COKER, SR., AND PETER L. COKER, JR.,**<br>**Defendants.** | Civil Action No. 22-cv-05703-CPO |

**ORDER**

**AND NOW**, this 16 day of November, 2026, upon consideration of Plaintiff Securities and Exchange Commission's letter on behalf of itself and Defendants James T. Patten and Peter L. Coker, Sr., but not Peter L. Coker, Jr., whose current location and contact information is unknown, it is hereby **ORDERED** that:

1. The stay of this civil action, entered on December 21, 2022 (ECF No. 18) shall remain in effect as to Defendants Patten and Coker, Sr. until further order of the Court; and
2. On or before **January 29, 2027**, Plaintiff Securities and Exchange Commission, Defendant Patten, and Defendant Coker, Sr. shall either file settlement documents or provide a further status update to the Court by letter filed via ECF.

**BY THE COURT**:

Christine P. O'Hearn

**HON. CHRISTINE P. O'HEARN, U.S.D.J.**